**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000301
16-APR-2024
08:09 AM
Dkt. 47 OGMD**

NO. CAAP-23-0000301

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

C.D., Petitioner-Appellant, v.
L.J., Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1PP181006305)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon consideration of Petitioner-Appellant C.D.'s April 11, 2024 Renewed Motion to Dismiss, the papers in support, and the record, IT IS HEREBY ORDERED that the motion is granted. The appeal is dismissed under Hawaiʻi Rules of Appellate Procedure Rule 42(a).

DATED: Honolulu, Hawaiʻi, April 16, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge